UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA          CASE NO.  3:12-mj-0006 CMK

vs.                               ORDER TO PAY

JASON MALCOM BOVEE

The Defendant, having been found guilty of Count 1, after entry of guilty plea thereto, is

ORDERED TO PAY the total sum of $1,500.

DATED: September 13, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE